**IT IS ORDERED as set forth below:**

**Date: September 8, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> BRIDGITT RENEE CLARK AKA BRIDGITT R CLARK AKA BRIDGITT CLARK, <br>    Debtor. | CASE NO. 22-60620-bem <br><br> CHAPTER: 13 <br><br> JUDGE: HONORABLE CHIEF JUDGE BARBARA ELLIS-MONRO |
| U. S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR AEGIS ASSET BACKED SECURITIES TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4, <br>    Movant, <br><br> v. <br><br> BRIDGITT RENEE CLARK AKA BRIDGITT R CLARK AKA BRIDGITT CLARK, Debtor K. EDWARD SAFIR, Trustee, <br>    Respondent(s). | CONTESTED MATTER |

<u>CONSENT ORDER ON MOTION FOR RELIEF FROM STAY (#27)</u>

The above styled Motion having been scheduled for a hearing before the Court on **August 16, 2023**, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 490 Victoria Boulevard, Oxford, Georgia 30054 is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through **August 1, 2023**, totals $3,291.56, including four (4) (May 1, 2023 – August 1, 2023) payments of $513.39 each, $188.00 for a filing fee and $1050.00 in reasonable attorney's fees.

This arrearage shall be paid as follows:

Movant acknowledges suspense funds in the amount of $7.44. Debtor is ordered to pay the sum of $1,000.00 instanter. Beginning **September 1, 2023**, Debtor shall resume timely remittance of the regular monthly mortgage payments. Beginning **September 15, 2023** and continuing on the 15th day of each subsequent month, Debtor shall pay an additional $380.69 per month, for **five (5)** months and **one (1)** of $380.67 due on or before February 15, 2024 or until the arrearage is cured. Payments should be sent to:

PHH Mortgage Service
PO BOX 24781 ATTN: SV 19
West Palm Beach, FL 33416

or to such address as may be designated. It is

FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents **for a period of nine (9) months from the date of entry of this order**, then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the

Trustee, and failure of Debtor(s) to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order modifying the automatic stay, without further notice or hearing.

FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

[END OF DOCUMENT]

CONSENTED TO BY:

/s/ *Brian K. Jordan*
Brian K. Jordan, Bar No.: 113008
Attorney for Movant
Aldridge Pite, LLP
Six Piedmont Center  3525 Piedmont Road,
N.E., Suite 700  Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: bjordan@aldridgepite.com

<u>*/s/ Thomas Reichard*</u>                                    with express permission
Thomas Reichard, Bar No. 150822
Attorney for Debtor(s)
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
Phone: (404) 522-2222
Email: ecfnotices@cw13.com

NO OPPOSITION:


<u>*/s/ Sonya Buckley Gordon*</u>                    with express permission
Sonya Buckley Gordon, Bar No. 140987
Staff Attorney for Trustee
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303
Phone: (404) 525-1110
Email: courtdailysummary@atlch13tt.com

DISTRIBUTION LIST

Bridgitt Renee Clark
490 Victoria Blvd
Oxford, GA 30054

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305